**CONSENT TO JOIN FORM**

Pursuant to 29 U.S.C. §216(b), I hereby consent to make a claim against Ellsworth Corporation ("Ellsworth") and KitPackers, LLC ("KitPackers") for overtime and/or any other claim for wages brought in this action against Ellsworth and KitPackers. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against Ellsworth and KitPackers. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Julian Brown as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. During the past three years, there were times that I worked for Ellsworth and KitPackers without being compensated with overtime compensation when I worked more than forty (40) hours in a workweek.

**NAME**:　　　　　　　　　　　**Julian Brown**
*Nombre*　　　　　　　　　　　Print Name

**SIGNATURE**:　　　　　　　　*Julian Brown*
*Firma*　　　　　　　　　　　　Sign Name

**DATE**:　　　　　　　　　　　**June 8, 2020**
*Fecha*　　　　　　　　　　　　Date

**PLEASE RETURN TO**:　　　　WALCHESKE & LUZI, LLC
*Favor de regresar esta forma a*:

**BY U.S. MAIL**　　　　　　　15850 W. Bluemound Rd., Suite 304
　　　　　　　　　　　　　　　Brookfield, Wisconsin 53005

　　　　　　　　　　　　　　　　　　or

　　　　　　　　　　　　　　　4321 West College Avenue, Suite 200
　　　　　　　　　　　　　　　Appleton, Wisconsin 54915

　　　　　　　　　　　　　　　　　　or

**BY FAX**　　　　　　　　　　(262) 565-6469

　　　　　　　　　　　　　　　　　　or

**BY E-MAIL**　　　　　　　　contact@walcheskeluzi.com